Form b18

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

| | |
|---|---|
| In Re: | ) |
| Josephine S. Pina<br>4353 Amalia Place<br>Columbus, OH 43227 | )<br>)<br>) |
| | ) Case No.: 2:04−bk−56055 |
| Debtor(s) | ) |
| | ) Chapter: 7 |
| Social Security Number:<br>Debtor: xxx−xx−2534<br>Joint: | )<br>)<br>) |

## DISCHARGE OF DEBTOR

It appearing that the debtor(s) is entitled to a discharge, **IT IS ORDERED:** The debtor(s) is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** <u>8/10/04</u>

BY THE COURT:

John E. Hoffman Jr.
United States Bankruptcy Judge

**SEE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

FORM B18 Continued (9/97) **Case: 2:04–bk–56055**

EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

      The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

      However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

      The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case w as converted.)

Debts that are Not Discharged.

      Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

    a. Debts for most taxes;

    b. Debts that are in the nature of alimony, maintenance, or support;

    c. Debts for most student loans;

    d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

    e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

    f. Some debts which were not properly listed by the debtor;

    g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

    h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

    **This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0648-2           User: admin                Page 1 of 1              Date Rcvd: Aug 11, 2004
Case: 04-56055                 Form ID: b18               Total Served: 26

The following entities were served by first class mail on Aug 13, 2004.
 db        +Josephine S. Pina,    4353 Amalia Place,    Columbus, OH 43227-1219
 aty       +Karen E Hamilton,    1021 South High Street,    Columbus, OH 43206-2527
 tr        +Eleanor Haynes,    399 East Main Street,    Suite 200,    Columbus, OH 43215-5384
 ust       +Asst US Trustee (Col),    Office of the US Trustee,    170 North High Street,    Suite 200,
             Columbus, OH 43215-2417
 7129843    AT&T Universal,    PO Box 8202,    South Hackenson, NJ 07606-8202
 7129844   +AT&T Universal Card,    PO Box 8210,    South Hackenson, NJ 07606-8210
 7129847    Bankcard Services,    PO Box 5222,    Carol Stream, IL 60197-5222
 7129848    Capital One,    PO Box 85147,    Richmond, VA 23285
 7129849   +Chase,    PO Box 52046,    Phoenix, AZ 85072-2046
 7129850   +Citi,    PO Box 8116,    S. Hackensack, NJ 07606-8116
 7129852   +Citi Cards,    PO Box 8104,    S. Hackensack, NJ 07606-8104
 7129851   +Citi Cards,    PO Box 8116,    S. Hackensack, NJ 07606-8116
 7129853    Citi Finance,    PO Box 104,    Reynoldsburg, Ohio 43068-0104
 7129854   +Conseco Finance,    PO Box 6153,    Rapid City, SD 57709-6153
 7129855    Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0344
 7129856    Discover Card,    PO Box 15251,    Wilmington, DE 19886-5251
 7129857    Fleet,    PO Box 15368,    Wilmington, DE 19886-5368
 7129858    Household Bank,    PO Box 5222,    Carol Stream, IL 60197-5222
 7129859   +Hyundai Motor Finance,    PO Box 1335,    Buffalo, NY 14240-1335
 7129860   +Irwin Home Equity,    12677 Alcosta Blvd. Suite 500,    San Ramon, CA 94583-4422
 7129861   +James E. Nutter & Co.,    PO Box 419404,    Kansas City, MS 64141-6404
 7129863   +MBNA,    PO Box 15026,    Wilmington, DE 19850-5026
 7129864   +Metris Companies,    PO Box 21222,    Tulsa, OK 74121-1222
The following entities were served by electronic transmission on Aug 12, 2004 and receipt of the transmission
was confirmed on:
 7129844   +EDI: CITICORP.COM Aug 12 2004 02:26:00      AT&T Universal Card,    PO Box 8210,
             South Hackenson, NJ 07606-8210
 7129846    EDI: FIRSTUSA.COM Aug 12 2004 02:26:00      Bank One,    PO Box 94014,    Palatine, IL 60094-4014
 7129845    EDI: BANKAMER.COM Aug 12 2004 02:26:00      Bank of America,    PO Box 5270,
             Carol Stream, IL 60197-5270
 7129850   +EDI: CITICORP.COM Aug 12 2004 02:26:00      Citi,    PO Box 8116,    S. Hackensack, NJ 07606-8116
 7129855    EDI: CRFRSTNA.COM Aug 12 2004 02:25:00      Credit First NA,    PO Box 81344,
             Cleveland, OH 44188-0344
 7129858    EDI: HFC.COM Aug 12 2004 02:26:00      Household Bank,    PO Box 5222,    Carol Stream, IL 60197-5222
 7129862   +EDI: TSYS.COM Aug 12 2004 02:26:00      Lowes,    PO Box 103080,    Roswell, GA 30076-9080
                                                                                               TOTAL: 7
               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2004**                    **Signature:**    *Joseph Speetjens*